

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00539-CR

| | | |
|---|---|---|
| Joshua Michael Smith | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1169857W) |
| v. | § | May 30, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was some error in the trial court's judgment. The judgment is modified to delete "reparations in the amount of $2,836.00." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM